B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–83054**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Billy Nelson Casiano | SinClair Lena Casiano |
| 6104 Cranbrook Lane | 6104 Cranbrook Lane |
| Rockford, IL 61114 | Rockford, IL 61114 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–5247                                            xxx–xx–0749

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>January 13, 2015</u>                    <u>Jeffrey P. Allsteadt, Clerk</u>
                                                   United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                     United States Bankruptcy Court
                     Northern District of Illinois

In re:                                                  Case No. 14-83054-TML
Billy Nelson Casiano                                    Chapter 7
SinClair Lena Casiano
        Debtors           CERTIFICATE OF NOTICE
District/off: 0752-3          User: admin              Page 1 of 2                    Date Rcvd: Jan 13, 2015
                              Form ID: b18             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2015.
db/jdb         +Billy Nelson Casiano,   SinClair Lena Casiano,   6104 Cranbrook Lane,   Rockford, IL 61114-6508
22491763       +Chase,   3415 Vision Drive,   Mail Code OH4-7142,   Columbus, OH 43219-6009
22491770       +Department of Education,   FedLoan Servicing,   PO Box 530210,   Atlanta, GA 30353-0210
22491769       +Department of Education,   11100 USA Parkway,   Fishers, IN 46037-9203
22491776        Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
22491777       +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
22491782       +Heritage Credit Union,   1212 Huxley Street,   Madison, WI 53704-4295
22491783       +JP Morgan Chase,   Po Box 24696,   Columbus, OH 43224-0696
22491790       +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
22491793       +US Department of Education,   Potomac Center Plaza (PCP),   550 12th Street, SW,
                 Washington, DC 20202-0031
22491792       +US Department of Education,   400 Maryland Avenue, SW,   Washington, DC 20202-0001
22491794       +US Department of Education,   Capitol Place,   555 New Jersey Ave, NW,
                 Washington, DC 20208-0003
22491791       +US Department of Education,   Po Box 530260,   Atlanta, GA 30353-0260
22491795       +US Department of Education,   PO Box 16448,   Saint Paul, MN 55116-0448
22491796       +Walmark Corporation,   101 W. Belvedere Road,   Round Lake, IL 60073-3638
22491797       +Walmart,   Asset Protection Recovery,   PO Box 101928, Dept 4295,   Birmingham, AL 35210-6928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22491764        EDI: CITICORP.COM Jan 14 2015 01:38:00      Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,   P.O. Box 20507,   Kansas City, MO 64195
22491758       +EDI: CAPITALONE.COM Jan 14 2015 01:38:00      Capital One,   Po Box 26625,
                 Richmond, VA 23261-6625
22491759       +EDI: AIS.COM Jan 14 2015 01:38:00      Capital One, N.A. *,   c/o American Infosource,
                 P.O Box 54529,   Oklahoma City, OK 73154-1529
22491760       +EDI: CAPITALONE.COM Jan 14 2015 01:38:00      Capital One, N.A.*,   1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
22491761       +EDI: RMSC.COM Jan 14 2015 01:38:00      Care Credit,   Attn: bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
22491762       +EDI: CHASE.COM Jan 14 2015 01:38:00      Chase *,   ATTN: Bankruptcy Department,
                 P.O. Box 15298,   Wilmington, DE 19850-5298
22491765       +EDI: WFNNB.COM Jan 14 2015 01:38:00      Comenity Bank,   Attention: Bankruptcy,
                 Po Box 182686,   Columbus, OH 43218-2686
22491767       +EDI: WFNNB.COM Jan 14 2015 01:38:00      Comenity Bank,   PO Box 182789,
                 Columbus, OH 43218-2789
22491766       +EDI: WFNNB.COM Jan 14 2015 01:38:00      Comenity Bank,   220 W. Schrock Road,
                 Westerville, OH 43081-2873
22491768       +EDI: WFNNB.COM Jan 14 2015 01:38:00      Comenity Capital,   8035 Quivira Road,
                 Lenexa, KS 66215-2746
22491773        EDI: DISCOVER.COM Jan 14 2015 01:38:00      Discover Financial Service LLC,   Po Box 15316,
                 Wilmington, DE 19850
22491774        EDI: DISCOVER.COM Jan 14 2015 01:38:00      Discover Financial Services,   2500 Lake Cook Road,
                 Deerfield, IL 60015
22491775        EDI: DISCOVER.COM Jan 14 2015 01:38:00      Discover Financial Services LLC,   Po Box 15316,
                 Wilmington, DE 19850
22491771       +E-mail/Text: electronicbkydocs@nelnet.net Jan 14 2015 02:03:25      Department of Education,
                 121 S. 13th Street,   Lincoln, NE 68508-1904
22491772       +EDI: NAVIENTFKASMDOE.COM Jan 14 2015 01:38:00      Department of Education / Sallie Mae,
                 Po Box 9635,   Wilkes Barre, PA 18773-9635
22491778        EDI: RMSC.COM Jan 14 2015 01:38:00      GE Capital Retail Bank-Discount Tire *,   Po Box 960061,
                 Orlando, FL 32896-0061
22491779       +EDI: RMSC.COM Jan 14 2015 01:38:00      GE Capital Retail Consumer Finance,   1600 Summer Street,
                 Fifth Floor,   Stamford, CT 06905-5125
22491780       +EDI: RMSC.COM Jan 14 2015 01:38:00      GE Money Bank,   Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
22491781       +EDI: RMSC.COM Jan 14 2015 01:38:00      GE Money Bank Care Card,   Po Box 960061,
                 Orlando, FL 32896-0061
22491784       +EDI: CHASE.COM Jan 14 2015 01:38:00      JPMorgan Chase*,   270 Park Avenue,
                 New York, NY 10017-2014
22491785       +E-mail/Text: rtp@rtpfcu.org Jan 14 2015 02:05:03      RTP Federal Credit Union,
                 1005 Slater Road,   Durham, NC 27703-8448
22491786       +EDI: NAVIENTFKASMSERV.COM Jan 14 2015 01:38:00      Sallie Mae,   Attn: Claims Department,
                 Po Box 9500,   Wilkes-Barre, PA 18773-9500
22491787       +EDI: SEARS.COM Jan 14 2015 01:38:00      Sears,   Po Box 6282,   Sioux Falls, SD 57117-6282
22491788       +EDI: RMSC.COM Jan 14 2015 01:38:00      Synchrony Bank,   Po Box 965036,
                 Orlando, FL 32896-5036
22491789        EDI: TFSR.COM Jan 14 2015 01:38:00      Toyota Motor Credit,   Toyota Financial Services,
                 PO Box 8026,   Cedar Rapids, IA 52408
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0752-3          User: admin              Page 2 of 2              Date Rcvd: Jan 13, 2015
                              Form ID: b18             Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
              Maria  Georgopoulos    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nd-three@il.cslegal.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Nathan C Volheim    on behalf of Debtor Billy Nelson Casiano courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Joint Debtor SinClair Lena Casiano courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nicholas  Meyer    on behalf of Creditor    Heritage Credit Union nmeyer@meyerhorning.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```